# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KIMBERLY OUTLAW AS MOTHER AND**                                                                **PLAINTIFF**
**WRONGFUL DEATH BENEFICIARY OF**
**KAMAYA LLOYD, DECEASED**

**vs.**                                                                 **CAUSE NO. 3:19cv626-DPJ-FKB**

**HOLMES COUNTY, MISSISSIPPI; et al.**                                         **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** Plaintiff, Kimberly Outlaw as Mother and Wrongful Death Beneficiary of Kamaya Lloyd, Deceased, acting through her undersigned counsel of record, and Defendants, Holmes County, Mississippi and Willie March, in his official capacity, acting through their undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Kimberly Outlaw as Mother and Wrongful Death Beneficiary of Kamaya Lloyd, Deceased v. Holmes County, Mississippi et al.*, bearing cause number 3:19cv626-DPJ-FKB, including any and all claims which were or might have been encompassed therein against all Defendants, are hereby dismissed with prejudice, with each party to bear their respective attorneys' fees, costs and expenses.

**SO STIPULATED,** this the 22nd day of May, 2020.

 /s/ *Cody W. Gibson*                                       /s/ *Jason E. Dare*
Cody W. Gibson, Esq.                                    Jason E. Dare, Esq.
cwgibsonlaw@gmail.com                              jdare@bpislaw.com
GIBSON AND MULLENNIX, PLLC                  Michelle T. High, Esq.
                                                                 mhigh@bpislaw.com
W. Matthew Burch, Esq.                              BIGGS, PETTIS, INGRAM & SOLOP, PLLC
mburch@1call.org                                          ***Counsel for Defendants***
BURCH LAW FIRM, PLLC

***Counsel for Plaintiff***